UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Edward Berry<br><br>        Debtor(s) | Case No. 11 B 29044 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/14/2011.

2) The plan was confirmed on 10/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 10/07/2013.

6) Number of months from filing to last payment: 27.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,265.00 |
| Less amount refunded to debtor | $35.00 |
| **NET RECEIPTS:** | **$2,230.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,130.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $99.80 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,230.00** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 1,240.00 | 1,240.99 | 1,240.99 | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Cash Net | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | NA | 4,376.81 | 4,376.81 | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 20,000.00 | 10,597.49 | 10,597.49 | 0.00 | 0.00 |
| City Of Chicago | Unsecured | NA | 8,402.96 | 8,402.96 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 2,100.00 | 2,295.34 | 2,295.34 | 0.00 | 0.00 |
| Comcast | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 400.00 | 837.38 | 837.38 | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| Creditors Bankruptcy Service | Unsecured | 2,500.00 | 775.00 | 775.00 | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 713.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| DJR Group LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | NA | 255.00 | 255.00 | 0.00 | 0.00 |
| East Bay Funding | Unsecured | NA | 35.00 | 35.00 | 0.00 | 0.00 |
| Eastside Lenders | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| First Financial Credit Union | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 800.00 | 1,926.21 | 1,926.21 | 0.00 | 0.00 |
| Integrity Advance LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| International Equity | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Money Mutual Payday Loan | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| One Click Cash | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Paradise Cash Advance | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Peoples Energy Corp | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 502.00 | 502.49 | 502.49 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 93.00 | 93.24 | 93.24 | 0.00 | 0.00 |
| Talan & Ktsanes | Unsecured | NA | 2,632.00 | 2,632.00 | 0.00 | 0.00 |
| Talan & Ktsanes | Unsecured | NA | 3,008.00 | 3,008.00 | 0.00 | 0.00 |
| Talan & Ktsanes | Unsecured | NA | 478.97 | 478.97 | 0.00 | 0.00 |
| Talan & Ktsanes | Unsecured | NA | 376.00 | 376.00 | 0.00 | 0.00 |
| TCF Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Vista Holdings Group LLC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Zip 19 | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,832.88** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,230.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$2,230.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/31/2013                           By: /s/ Marilyn O. Marshall
                                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**